LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation
M. DAMIEN HOLCOMB, State Bar No. 239406
*dholcomb@lurie-zepeda.com*
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533
PH: (310) 274-8700   FAX: (310) 274-2798

Attorneys for Plaintiff and Judgment Creditor
Michael E. Taylor

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. TAYLOR,<br><br>           Plaintiff,<br><br>v.<br><br>JOHN L. OSBORNE, ROBERT ASSIL, GEORGES F. ELIAS, HELENE EPSTEIN PRESTSKY AND CREDITOR CORP., jointly and severally,<br><br>           Defendants. | Case No. CV03-0920 CBM<br><br>**RENEWAL OF JUDGMENT** |

**IT IS HEREBY ORDERED**, that a judgment be and is renewed and entered in favor of Plaintiff and Judgment Creditor Michael E. Taylor ("Judgment Creditor") as against Defendant and Judgment Debtor John L. Osborne ("Judgment Debtor") in the amount of **$70,671**. This amount is based upon the original judgment in the amount of $70,625 entered in the United States District Court – Central District, Case No. CV03-0920 CBM, on January 28, 2003, plus the fee for filing the renewal application in the amount of $46.

**IT IS SO ORDERED**:

DATED: May 20, 2013                    By: _____
                                           Judge of the United States District Court

{00119514.DOCX}                                    1
**[PROPOSED] RENEWAL OF JUDGMENT**