1  LURIE, ZEPEDA, SCHMALZ & HOGAN
   A Professional Corporation
2  M. DAMIEN HOLCOMB, State Bar No. 239406
   *dholcomb@lurie-zepeda.com*
3  9107 Wilshire Boulevard, Suite 800
   Beverly Hills, California 90210-5533
4  PH: (310) 274-8700  FAX: (310) 274-2798

5  Attorneys for Plaintiff and Judgment Creditor
   Michael E. Taylor

6

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 MICHAEL E. TAYLOR,                    Case No. CV03-0920 CBM

12          Plaintiff,

13 v.                                    **RENEWAL OF JUDGMENT**

14 JOHN L. OSBORNE, ROBERT ASSIL,
   GEORGES F. ELIAS, HELENE EPSTEIN
15 PRESTSKY AND CREDITOR CORP.,
   jointly and severally,
16
            Defendants.
17

18

19      **IT IS HEREBY ORDERED**, that a judgment be and is renewed and

20 entered in favor of Plaintiff and Judgment Creditor Michael E. Taylor ("Judgment

21 Creditor") as against Defendant and Judgment Debtor John L. Osborne ("Judgment

22 Debtor") in the amount of **$70,671**.  This amount is based upon the original judgment in

23 the amount of $70,625 entered in the United States District Court – Central District,

24 Case No. CV03-0920 CBM, on January 28, 2003, plus the fee for filing the renewal

25 application in the amount of $46.

26      **IT IS SO ORDERED**:

27 DATED:  May 20, 2013_____      By:_____
                                      Judge of the United States District Court
28

*Left margin (vertical):* LURIE, ZEPEDA, SCHMALZ & HOGAN  9107 Wilshire Boulevard, Suite 800  Beverly Hills, California 90210-5533

{00119514.DOCX}                        1

**[PROPOSED] RENEWAL OF JUDGMENT**